# IN THE SUPREME COURT OF THE STATE OF NEVADA

RAYMOND K. NGAN, A/K/A YI KENH
NGAN, A/K/A YI KHIANG NGAN, A/K/A
YI KHEANG NGAN, A/K/A YI KANH
NGAN, A/K/A YIKANH NGAN, AN
INDIVIDUAL RESIDING IN NEVADA,
          Appellant,
vs.
FIRST 100, LLC, A NEVADA LIMITED
LIABILITY COMPANY; AND 1ST ONE
HUNDRED HOLDINGS, LLC, A
NEVADA LIMITED LIABILITY
COMPANY,
          Respondents.

No. 72934

**FILED**

DEC 0 1 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a default judgment and award of damages. On May 12, 2017, this court issued a notice to appellant informing him of the deadlines for filing the docketing statement, transcript request form, and the opening brief. Appellant failed to file the required documents, and on October 17, 2017, this court entered an order directing appellant, within 11 days, to file and serve the transcript request form or certificate of no transcript request pursuant to NRAP 9(b); the docketing statement pursuant to NRAP 14; and an opening brief that complies with NRAP 28 and 32, or an informal brief for pro se parties available from the clerk of this court. *See* NRAP 28(k). We cautioned appellant that failure to comply timely with our order could result in the dismissal of this appeal as abandoned. To date appellant has failed to file any of the documents or

otherwise communicate with this court. Accordingly, we conclude that appellant has abandoned this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc: Hon. Kenneth C. Cory, District Judge
Raymond K. Ngan
Maier Gutierrez & Associates
Eighth District Court Clerk